**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1963

CAROL ANN SIMMONS,

Plaintiff – Appellant,

v.

WHEELING ISLAND GAMING, INC.; W.D.R.A. FOOD SERVICE, INC.,
Principal Office; WHEELING LAND DEVELOPMENT CO.; RONALD A.
SULTEMEIER, Incorporator; TERRY C. BURTON, Incorporator;
JAMES W. SIMMS, President; MICHAEL MAESTLE, Vice President;
WILLIAM J. BISSETT, Director; CHARLES E. MORAN, JR.; DAN
HANCOCK, Head of Security Wheeling Island Gaming, Inc.,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., District Judge.  (5:12-cv-00050-FPS)

Submitted: December 13, 2012    Decided: December 18, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carol Ann Simmons, Appellant Pro Se. Scott Kevin Sheets,
HUDDLESTON BOLEN, LLP, Huntington, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Ann Simmons appeals the district court's order denying her action filed under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simmons v. Wheeling Island Gaming, Inc., No. 5:12-cv-00050-FPS (N.D. W. Va. July 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED